No. 22-1712

ROBERT LEE DYKES,

    Plaintiff-Appellant,

v.

CORRECTIONAL OFFICER BECKS;
CORRECTIONAL OFFICER BRAGER; SARAH
SCHROEDER, Warden,

    Defendants-Appellees.

Before: GILMAN, GIBBONS, and READLER, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Western District of Michigan at Marquette.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED in part and VACATED and REMANDED in part.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk