## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 14, 2023

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

           Re: Case No. 22-1712, *Robert Dykes v. Becks, et al*
                Originating Case No. : 2:22-cv-00109

Dear Ms. Filkins,

  Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Austin D. Tyree
                                              for Monica Page, Case Manager

cc: Mr. Robert Lee Dykes

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1712

_____

Filed: February 14, 2023

ROBERT LEE DYKES

    Plaintiff - Appellant

v.

CORRECTIONAL OFFICER BECKS; CORRECTIONAL OFFICER BRAGER; SARAH SCHROEDER, Warden

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 01/23/2023 the mandate for this case hereby issues today.

COSTS: None